# UNITED STATES DISTRICT COURT
for the
## Southern District of Alabama

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| v.   ) | **Case No. 05-00267-KD** |
| ) | |
| **JAMES PATRICK PREYEAR** ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant James Patrick Preyear made under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   **DENIED**.  **X  GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  281  months **is reduced to  225  months.**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  36     Amended Offense:  34
Criminal History Category:  IV     Criminal History:  IV
Previous Guideline Range:  262  to  327  months     Amended Guideline Range:  210  to  262  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
 **X**   The reduced sentence is within the amended guideline range.
     The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
     Other (explain):

**III. ADDITIONAL COMMENTS**


**Except as provided above, all provisions of the judgment shall remain in effect.**

**IT IS SO ORDERED.**

                                           **/s/ Kristi K. DuBose**
**Order Date: August 3, 2009**        Judge's signature

**Effective date:**                            **United States District Judge**
    (if different from order)                 Printed name and title