IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES PATRICK PREYEAR, | : | |
| Petitioner, | : | |
| v. | : | Civil No.: 10-00280-KD |
| | : | Crim. No.: 05-00267-KD-N |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated September 22, 2010, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the petitioner's Motion to Vacate, Set Aside or Correct Sentence is **DENIED**, and that a Certificate of Appealability is **DENIED**. The Court further finds that any appeal from the judgment of this court may not be taken *in forma pauperis*.

**DONE** and **ORDERED** this the **13**th day of **October 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**