IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES PATRICK PREYEAR, *
(#06393-003) *
    Petitioner, *
                                    * CRIMINAL NO. 05-00267-KD
vs. * CIVIL ACTION NO. 14-00286-KD-B
                                    *
UNITED STATES OF AMERICA, *
    Respondent. *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 23, 2014, is **ADOPTED** as the opinion of this Court.[1]

Accordingly, it is **ORDERED** that Preyear's petition for habeas corpus relief (Doc. 636) is **DENIED** and this action is **DISMISSED**, and further, that Preyear is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **24th** day of **July 2014.**

                                                       /s/ Kristi K. DuBose
                                                       **KRISTI K. DuBOSE**
                                                       **UNITED STATES DISTRICT JUDGE**

---

[1] Preyear's claim is without merit per Jeanty v. Warden, FC-Miami, 2014 WL 3411144, *2 (11th Cir. Jul. 15, 2014) ("*Alleyne* does not apply retroactively on collateral review"[]).